FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2021

No. 04-21-00295-CR

Brian Dale **NIXON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 16-04-11937-CR
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Sitting: Irene Rios, Justice
     Beth Watkins, Justice
     Liza A. Rodriguez, Justice

Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief is due on or before **February 14, 2022**. **However, no further extensions will be granted absent extenuating circumstances.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court